66 F.3d 310
 William E. Allen v. G.C. Wigen, Warden, FCI Schuylkill, P.
Ackley, Associate Warden, L. Gonzalez, Hospital Admin., A.
Reynaldo, Hospital Assist. Admin., K. McKay, Mailroom
Officer, J. Halcovage, Health Service, R. Machak, Physician,
L. Bartholomew, Physician Assistant, D. Steffan, Physician
Assistant, P. Ahearn, Faculty Manager, J. Richardson, Unit
Manager, J. Coughlin, Unit Manager, A. Kinder, Case Manager,
V.
Flemming, Counselor, S. Kranzel, Counselor, L. Edwards, R & D
 NO. 95-1286
 United States Court of Appeals,
Third Circuit.
 Aug 30, 1995
 
 Appeal From: E.D.Pa., No. 94-cv-01749,
 Broderick, J.
 
 
 1
 AFFIRMED.